UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **BERLIN JOHNSON** | : | **CASE NO. 5:22-cv-04138** |
| **VERSUS** | : | **JUDGE S MAURICE HICKS, JR** |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 21], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. 21] be **ADOPTED**.

Accordingly, the Motion to Dismiss [doc. 18] is **GRANTED**, and all claims in this matter are **DISMISSED WITH PREJUDICE**.[1]

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 18th day of September 2023.

_____
S. MAURICE HICKS, JR., JUDGE
UNITED STATES DISTRICT COURT

---

[1] If there is a finding that a basis for exercising jurisdiction does exist, although the Court asserts that there is none, the Plaintiff has failed to prosecute and abide by orders of the court resulting in grounds for dismissal without prejudice.